# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust | CIVIL ACTION NO: 1:19-cv-00053-JDL |
| **Plaintiff** | |
| vs. | RE:<br>165 Malletts Mill Road, Lee, ME 04455 |
| Donna T. Geno and Stephen S. Geno | Mortgage:<br>June 25, 2014<br>Book 13586, Page 49 |
| **Defendants** | |
| Trademark Federal Credit Union f/k/a Hannaford Associates Federal Credit Union | |
| **Party-in-Interest** | |

## JUDGMENT OF FORECLOSURE AND SALE

This matter came before the Court for a testimonial hearing on Plaintiff's Motion for Default Judgment on July 2, 2019. Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust, was present and represented by John A. Doonan, Esq. Defendants Donna T. Geno, Stephen S. Geno, and Camden National Bank f/k/a First Citizens Bank did not appear.

All persons interested having been duly notified in accordance with the law, and after hearing, the Plaintiff's Motion for Default Judgment is GRANTED. On oral motion by the Plaintiff, Camden National Bank f/k/a First Citizens Bank is dismissed from this action since the subject Writ of Execution has been discharged. Count II – Breach of Note, Count III – Breach of Contract, Money Had and Received, Count IV – Quantum Meruit, and Count V – Unjust Enrichment, are hereby **DISMISSED** without prejudice at the request of the Plaintiff. **JUDGMENT** on Count I – Foreclosure, is hereby **ENTERED** as follows:

1. If the Defendants or their heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($118,940.42)

within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
| --- | --- |
| Unpaid Principal Balance | $81,204.21 |
| Escrow Balance | $5,189.94 |
| Total Interest | $12,546.34 |
| Corporate Advances | $19,716.81 |
| Late Charge | $283.12 |
| Grand Total | $118,940.42 |

2. If the Defendants or their heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($118,940.42) within 90 days of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, their remaining rights to possession of the Lee Property shall terminate, U.S. Bank shall conduct a public sale of the Lee Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $81,204.21 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendants pursuant to the Defendants' bankruptcy filing (#16-10614).

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $118,940.42 as of July 2, 2019.

5. The priority of interests is as follows:

a.) U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust has first priority, in the amount of $118,940.42, pursuant to the subject Note and Mortgage

b.) Trademark Federal Credit Union f/k/a Hannaford Associates Federal Credit Union has the second priority behind the Plaintiff pursuant to a Mortgage dated June 9, 2010, in the amount of $6,854.50 as of June 10, 2019, and recorded in the Penobscot County

Registry of Deeds in Book 12187, Page 216.

 c.) Donna T. Geno and Stephen S. Geno have the third priority behind the Plaintiff.

6. The prejudgment interest rate is 4.75000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. § 1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF10 Master Participation Trust | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT |  |  |
|  | Donna T. Geno<br>79 Denbigh Blvd.<br>Newport News, VA 23608 | Pro Se |
|  | Stephen S. Geno<br>79 Denbigh Blvd.<br>Newport News, VA 23608 | Pro Se |
|  | The Camden National Bank f/k/a First Citizens Bank<br>245 Commercial Street<br>Rockport, ME 04856 | Pro Se |
| PARTY-IN-INTEREST |  |  |
|  | Trademark Federal Credit Union f/k/a Hannaford Associates Federal Credit Union<br>44 Edison Drive<br>Augusta, ME 04330 | Cummings, Esq., Daniel L.<br>Two Canal Plaza<br>P.O. Box 4600<br>Portland, ME 04112 |

a) The docket number of this case is No. 1:19-cv-00053-JDL.

b) The Defendants, the only parties to these proceedings besides U.S. Bank, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 165 Malletts Mill Road, Lee, ME 04455, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 165 Malletts Mill Road, Lee, ME 04455. The Mortgage was executed by the Defendants on June 25, 2014. The book and page number of the Mortgage in the Penobscot County Registry of Deeds is Book 13586, Page 49.

e) **This judgment shall not create any personal liability on the part of the Defendants but shall act solely as an in rem judgment against the property, 165 Malletts Mill Road, Lee, ME 04455.**

**SO ORDERED.**

Dated: July 15, 2019

                                                             /s/ Jon D. Levy  
                                                      **CHIEF U.S. DISTRICT JUDGE**